# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL DE LA TORRE,<br><br>        Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>        Defendant. | Case No.: 1:23-cv-0021 JLT BAM<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND TERMINATING PLAINTIFF'S MOTION FOR FEES AS MOOT<br><br>(Docs. 23, 25) |

Juan Manuel De La Torre and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $6,798.01 pursuant to the Equal Access to Justice Act.  (Doc. 25 at 1.)  Accordingly, the Court **ORDERS**:

    1.    Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $6,798.01 under 28 U.S.C. § 2412(d).

    2.    Plaintiff's motion for attorney's fees (Doc. 23) is terminated as **MOOT**.

IT IS SO ORDERED.

Dated:   __June 18, 2024__

UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted as the defendant in this suit.

1